AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-099 (DJF) |
| DAVIS REDMOND | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DAVIS REDMOND, _____
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint

   **Count 1**: On or about January 21, 2026, in the State and District of Minnesota, Defendant Davis REDMOND (YOB 1996) did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1 and Victim 2, U.S. Border Patrol Agents, who were engaged in, and on account of, the performance of official duties all in violation of Title 18, Section 111(a).


Date: *Jan 29, 2026*                    _____[signature]_____
                                        *Issuing officer's signature*

City and State:  Minneapolis, MN        Dulce J. Foster, United States Magistrate Judge
                                        *Printed Name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                   _____
                                        *Arresting officer's signature*

                                        _____
                                        *Printed name and title*