UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-99 (SGE)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVIS REDMOND,

      Defendant.

**NOTICE OF SUBSTITUTION**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

John R. Arboleda

<u>Remove AUSA</u>

Kristian C.S. Weir

Dated: February 6, 2026.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

BY: *s/John R. Arboleda*
John R. Arboleda
Special Assistant U.S. Attorney