# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

               Plaintiff,

v.

DAVIS REDMOND,

               Defendant.

## COURT MINUTES
BEFORE: Shannon G. Elkins
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-mj-99 (JMB/SGE-1) |
| Date: | April 3, 2026 |
| Court Reporter: | Rachel Braun |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 3:20 p.m. |
| Time Concluded: | 3:48 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 28 Minutes |
| Hearing Type: | Oral Argument |

**APPEARANCES**:

    Plaintiff: John Rodrigo Arboleda, Special Assistant U.S. Attorney
    For Defendant Paul Ervin Johnson: Kevin Riach, CJA

Non-Dispositive motions taken under advisement as of today: 24, 27

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED
    ☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

**ADDITIONAL INFORMATION**:
The Court heard oral argument on Dkts. 24, 26, and 27. The Court denied Dkt. 26, and no written order will be issued. The Court took Dkts. 24 and 27 under advisement and will issue a written order.

*s/ BH*
Signature of Law Clerk