UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.

Davis Redmond

        Defendant.

Court File No. 26-mj-99

**DEFENDANT'S AMENDED
MOTION TO STRIKE
APPEARANCE OF
GOVERNMENT'S COUNSEL**

---

Defendant previously moved this Court to strike the appearance of government's counsel (and Army JAG attorney) John Arboleda, as DOJ's appointment of Mr. Arboleda violated the Posse Comitatus Act. ECF No. 24. The parties fully briefed this Motion and argued it on April 3, 2026. *See* ECF Nos. 24, 30, and 33. On April 6, 2026, the government filed a Notice of Attorney Substitution substituting attorney Jessica Stark for Mr. Arboleda, who is being detailed to a new assignment in another district. ECF No. 34. Ms. Stark is also a JAG attorney, and Defendant moves to strike her appearance for the same reasons set forth in Defendant's motion to strike Mr. Arboleda's appearance. This amended motion is supported by the briefs, arguments, and record in this case already developed in support of Defendant's motion to strike Mr. Arboleda's appearance.

For the above-stated reasons, Defendant respectfully moves this Court to strike the appearance of Ms. Stark.

Dated:  April 6, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone:  612.203.8555
kevin@riachdefense.com
*Attorney for Defendant*