UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. 26-mj-99 (JMB/SGE)

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVIS REDMOND,

Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE GOVERNMENT'S COUNSEL**

The United States of America submits this response in opposition to Defendant's Amended Motion to Strike Appearance of Government's Counsel (ECF No. 35).

Defendant's Amended Motion raises no new legal arguments, factual distinctions, or authority. Instead, Defendant expressly incorporates the arguments previously presented in the original motion to strike and applies them to newly substituted counsel. This Court already received full briefing on the underlying issue and heard oral arguments on April 3, 2026.

The substitution of Jessica A. Stark as a Special Assistant United States Attorney ("SAUSA") does not change the legal analysis. As set forth in the United States's prior response (ECF No. 30), Congress expressly authorized the appointment and detailing of military attorneys to serve as SAUSAs, and such appointments do not violate the Posse Comitatus Act. *See*, e.g., 10 U.S.C.

1

806(d)(1); 10 U.S.C. 973(b)(2)(B); 28 U.S.C. 515(a), 543, *United States v. Allred*, 867 F.2d 856, 871 (5th Cir. 1989).

That analysis applies equally to undersigned counsel, who is also detailed to the United States Attorney's Office, operates under civilian supervision within the United States Attorney's Office, and exercises authority derived solely from her appointment as a SAUSA, and not from any military capacity.

## CONCLUSION

Based on the foregoing, the United States of America respectfully renews its request that the Court deny Defendant's Motion to Strike Appearance of Government's Counsel.

Dated: April 10, 2026                    Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Jessica A. Stark*
BY: Jessica A. Stark
Attorney No.: 105544SC
Special Assistant U.S. Attorney
District of Minnesota
Email: Jessica.Stark@usdoj.gov
Phone: 202.230.4091

2