UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-99 (JMB/SGE)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                    **NOTICE OF SUBSTITUTION**

DAVIS REDMOND,

      Defendant.

Please add the following Special Assistant United States Attorney to the above-captioned case:

Add SAUSA

Robert G. Tucker III

Remove SAUSA

Jessica A. Stark

Dated: June 10, 2026               Respectfully submitted,

                                DANIEL N. ROSEN
                                United States Attorney

                                *s/Robert G. Tucker III*
           BY:   Robert G. Tucker III
                                Special Assistant U.S. Attorney
                                Bar # 24136128TX
                                300 South 4th Street
                                6th Floor
                                Minneapolis, MN 55415
                                202-230-4022
                                Email: robert.tucker@usdoj.gov