## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVIS REDMOND,

      Defendant.

File No. 26-MJ-00099 (JMB/SGE)

**ORDER**

IT IS HEREBY ORDERED that pursuant to Federal Rule of Criminal Procedure 48(a), the Government's Motion to Dismiss the above-referenced case (Doc. No. 43) is hereby GRANTED and the Misdemeanor Information against the above-named Defendant (Doc. No. 12) is dismissed.

Dated:  July 24, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1